**Motion denied and Order filed September 16, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00389-CV
_____

## UBERWERX, LLC, Appellant

## V.

## TRUXX OUTFITTERS, LLC AND STEVEN MAGERS, Appellees

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2019-60879**

## O R D E R

This appeal is from a judgment signed June 21, 2021 confirming and approving an arbitration award. Appellees Truxx Outfitters, LLC and Steven Magers seek to dismiss the appeal on the basis that a contractual provision of the parties' Asset Purchase Agreement, which includes an agreement to arbitrate various disputes, deprives this court of jurisdiction over the appeal. That provision declares that "[a]ny award rendered by the Arbitrator [to the parties' dispute] shall be final and binding and not subject to appeal."

This court previously analyzed whether a similarly phrased provision of an arbitration agreement waived a party's appellate rights in *Center Rose Partners, Ltd. v. Bailey*, 587 S.W.3d 514 (Tex. App.—Houston [14th Dist.] 2019, no pet.). The provision in that case declared that arbitrators' decisions shall be "final, binding[,] and non-appealable." *Id.* at 521. We held that the plain meaning of the agreement's language "d[id] not constitute an express agreement to waive the right to appeal a judgment rendered on the arbitrator's award." *Id.* at 523. We reach the same decision here for essentially the same reasons elaborated on in *Center Rose Partners*. Accordingly, appellees' motion to dismiss is denied.

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.